■ In the Matter of TIFFANY S., a Person Alleged to be in Need of Supervision, Appellant. ERIE COUNTY ATTORNEY, Respondent. [678 NYS2d 767] —Order insofar as appealed from unanimously reversed on the law without costs and determination of emancipation vacated. Memorandum: Petitioner commenced this violation proceeding seeking to revoke the probation of respondent, who previously was adjudicated a person in need of supervision (see, Family Ct Act § 779). Family Court therefore abused its discretion when it determined, *sua sponte*, that respondent is emancipated (see generally, Matter of Williams v Taylor, 234 AD2d 809, 810). (Appeal from Order of Erie County Family Court, Dillon, J.—Person In Need of Supervision.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Fallon, JJ.